# Jesus Salas MORALES, Plaintiff–Appellant,

v.

# CORRECT CARE SOLUTIONS, LLC, Medical Care Provider, Defendant–Appellee.

## No. 11–6657.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 18, 2011.

Decided: Aug. 23, 2011.

Jesus Salas Morales, Appellant Pro Se. Jennifer Bryant Milak, Teague, Campbell, Dennis & Gorham, LLP, Raleigh, North Carolina, for Appellee.

Before WILKINSON, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jesus Salas Morales appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Morales v. Correct Care Solutions,* No. 1:10–cv–00265–TDS–PTS (M.D.N.C. Apr. 18, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*